PEREZ v. AMERICAN AIRLINES/AMR CORP.

[360 N.C. 587 (2006)]

LORI PEREZ, Employee v. AMERICAN AIRLINES/AMR CORPORATION, Employer,
AIG VENDOR SERVICES, Carrier (Administered by Specialty Risk Services)

No. 661PA05

(Filed 6 October 2006)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 174 N.C. App. 128, 620 S.E.2d 288 (2005), affirming an opinion and award filed on 31 August 2004 by the North Carolina Industrial Commission. Heard in the Supreme Court 11 September 2006.

*Scudder & Hedrick, by John A. Hedrick and Samuel A. Scudder, for plaintiff-appellee.*

*Brooks, Stevens & Pope, P.A., by Joy H. Brewer and Kimberley A. D'Arruda, for defendants-appellants.*

*Young Moore and Henderson P.A., by Joe E. Austin, Jr. and Jennifer T. Gottsegen, for the North Carolina Association of Defense Attorneys, amicus curiae.*

*Teague, Campbell, Dennis & Gorham, L.L.P., by Bruce A. Hamilton and Julia S. Hooten, for North Carolina Citizens for Business and Industry, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.